| Com. v. Sessa | 04/06/2016 | 49 MAL (2016) | Denied | Pa.Super., 134 A.3d 503 |
|---|---|---|---|---|
| Com. v. Smith [28] | 04/12/2016 | 825, 826 MAL (2015) | Denied | Pa.Super., 125 A.3d 467 |
| Com. v. Smith | 04/12/2016 | 547 EAL (2015) | Denied | Pa.Super., 121 A.3d 1049 |
| Com. v. Smith | 04/13/2016 | 19 WAL (2016) | Denied | Pa.Super., 136 A.3d 1027 |
| Com. v. Soldridge | 03/29/2016 | 871 MAL (2015) | Denied | Pa.Super., 134 A.3d 98 |
| Com. v. Soler [29] | 04/04/2016 | 5 EAL (2016) | Denied | Pa.Super., 135 A.3d 648 |
| Com. v. Taylor | 04/13/2016 | 26 WAL (2016) | Denied | Pa.Super., 135 A.3d 666 |
| Com. v. Tevis [30] | 04/04/2016 | 436 WAL (2015) | Denied | Pa.Super., 134 A.3d 92 |
| Com. v. Thomas | 04/13/2016 | 7 MAL (2016) | Denied | Pa.Super., 135 A.3d 654 |
| Com. v. Wahl | 04/06/2016 | 50 MAL (2016) | Denied | Pa.Super., 135 A.3d 660 |
| Com. v. Wallace | 04/12/2016 | 703 EAL (2015) | Denied | No. 127 EDM 2015 |
| Com. v. Weaver [31] | 02/22/2016 | 881 MAL (2015) | Denied | Pa.Super., 122 A.3d 442 |
| Com. v. Williams [32] | 04/05/2016 | 824 MAL (2015) | Denied | Pa.Super., 134 A.3d 477 |

28. Justice DONOHUE did not participate in the consideration or decision of this matter.

29. Justice DONOHUE did not participate in the consideration or decision of this matter.

30. Justice DONOHUE and Justice WECHT did not participate in the consideration or decision of this matter.

31. Justice EAKIN did not participate in the decision of this matter. Reconsideration Denied March 24, 2016.

32. Justice WECHT did not participate in the consideration or decision of this matter.